**Order entered September 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00054-CV**

**DONNA VICKERS, INDIVIDUALLY, AS THE REPRESENTATIVE FOR
ALL WRONGFUL DEATH BENEFICIARIES, AND
AS AN HEIR AT LAW AND REPRESENTATIVE OF THE
ESTATE OF JERRY VICKERS, DECEASED, Appellant**

**V.**

**EPIC HEALTH SERVICES, INC., ET AL., Appellees**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-14547**

**ORDER**

Before the Court is the September 17, 2020 unopposed second motion of appellees Epic Health Services, Inc. and AOC Senior Home Health Corp. d/b/a Angels of Care and/or Angels of Care Pediatric Home Health for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 21, 2020**.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE